## <u>RETURN OF SERVICE</u>
### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 8:25-CV-02590-SDM-NHA

Plaintiff:  **EDDIE JENKINS**
vs.
Defendant:  **SCRAPPY THOMAS INC AND BRIAN T. LEWIS**

For:
Zandro E. Palma
THE LAW OFFICE OF ZANDRO E. PALMA, P.A.
9100 South Dadeland Blvd.
Suite 1500
Miami, FL 33156

Received by Lindsay Legal Services, Inc.      on the  1st day of October, 2025 at      11:37 am  to be served on **SCRAPPY THOMAS INC C/O BRIAN T. LEWIS AS R/A, 6636 BROKEN ARROW TRAIL S, LAKELAND, FL 33813** .

I,  Casey Allison,   do hereby affirm that on the      **10th day of November, 2025**      at **11:00 am, I:**

served a  **REGISTERED AGENT**    by delivering a true copy of the      **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT**    with the date and hour of service endorsed thereon by me, to: **Savanah Davis**  as **Registered Agent**    at the address of:   **1155 Pebbledale Rd, Mulberry, FL 33860**      on behalf of   **SCRAPPY THOMAS INC**   , and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
11/10/2025  10:59 am  Attempted Service at 1155 PEBBLEDALE RD , MULBERRY, FL 33860. I first inquired and confirmed that the Registered Agent was not present and available to accept service. 11/10/2025  11:00 am  I then confirmed with Savanah Davis, Office Secretary, that she was an employee and she stated she was authorized to accept service in the absence of the Registered Agent.

**Description**   of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'8, Weight: 180, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Casey Allison*
_____
**Casey Allison**
CA-984

**Lindsay Legal Services, Inc.**
**7105 SW 8th St. Suite 307?**
**Miami FL, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2025002390

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| Eddie Jenkins | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No. 8:25-cv-02590-SDM-NHA |
| Scrappy Thomas, Inc., and Brian T. Lewis, | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To _(Defendant's name and address)_  Scrappy Thomas, Inc. through its Registered Agent:

Lewis, Brian T.
6636 Broken Arrow TrailL S
Lakeland, FL 33813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

KatrinaElliott

Date:    September 29, 2025    _____
_Signature of Clerk or Deputy Clerk_

DELIVERED 11/10/2025 11:00 AM
SERVER CA CA-984
LICENSE